[None]

## HENRY BERTHELET
### v.
### LOUIS LAFORGE

1811

JOURNAL ENTRIES

1. Jurors; judgment . . . . . . . . . *Journal, infra,* \*p. 347

PAPERS IN S. C. FILE

1. Copy of district court record . . . . . . . . . .
2. Summons and return . . . . . . . . . . . .

3. Summons and return . . . . . . . . . . .
4. Subpoena for Jean Baptiste Pana$_t$cha$_t$, Desrochers,
   Joseph Biron and Jacob Smith . . . . . . . .

PAPERS IN D. C. FILE

[None]